UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RAPHAEL HENSON, | ) | CASE NO. C06-1006-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| J.R. CASMIRO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner who has submitted an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. #8). In the amended complaint, plaintiff appears to allege that in April 2005, a "Community Corrections Officer," named J. R. Casmiro, improperly issued a warrant for plaintiff's arrest, which led to plaintiff spending 23 days in confinement without legal justification. (Doc. #8 at 3). Plaintiff asserts that during his confinement, he never had a hearing and that afterwards, his term of probation was not credited with this 23-day period. (*Id*.)

The Supreme Court recently commented that "[f]ederal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. § 2254, and a complaint under . . . 42 U.S.C. § 1983. Challenges to the lawfulness of confinement or to

REPORT AND RECOMMENDATION
PAGE -1

particulars affecting its duration are the province of habeas corpus." *Hill v. McDonough*, __U.S.__, 126 S. Ct. 2096, 2100 (2006), *quoting Muhammad v. Close*, 540 U.S. 749, 750 (2004) *(per curiam)*. "An inmate's challenge to the circumstances of his confinement, however, may be brought under § 1983." *Id.* (some citations omitted).

Here, plaintiff's complaint, while directed at Officer Casmiro, is founded upon his contention that he spent 23 days in confinement without legal justification. Thus, plaintiff's complaint is more a challenge to the lawfulness of his former confinement rather than to the conditions of that confinement. Accordingly, the proper vehicle for plaintiff to proceed with this challenge is a petition for a writ of habeas corpus.[1] Petitioner's complaint and this action under 42 U.S.C. § 1983 should therefore be dismissed without prejudice. A proposed Order is attached.

DATED this 22nd day of August, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

---

[1] By so recommending, the court means to imply nothing regarding the merits of such a petition.

REPORT AND RECOMMENDATION
PAGE -2