01
02
03
04
05              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
06                        AT SEATTLE

07 RAPHAEL HENSON,                    )  CASE NO. C06-1006RSL
                                      )
08       Plaintiff,                   )
                                      )
09       v.                           )  ORDER DISMISSING § 1983
                                      )  ACTION
10 J.R. CASMIRO,                      )
                                      )
11       Defendant.                   )
   _____)
12

13   The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice

14 Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and

15 ORDER:

16       (1)   The Court adopts the Report and Recommendation.

17       (2)   The complaint and this action are DISMISSED without prejudice.

18       (3)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

19   DATED this 25th day of September, 2006.

20
21                               _____
                                 Robert S. Lasnik
22                               United States District Judge

ORDER DISMISSING § 1983 ACTION